926

Esther SWEETWINE, Joined by Her Husband, Theodore Sweetwine, Plaintiffs in Error, v. Rudolph TOWNSEND, Trading and Doing Business Under the Name of The Anglers Hotel, Miami Beach, Florida, Defendant in Error.

Supreme Court of Florida.
Jan. Term, 1936.

M. S. Salomon and Weissbuch & Silverman, all of Miami, for plaintiffs in error.

Mitchell D. Price & Charles W. Zaring and Robert S. Florence, all of Miami, for defendant in error.

PER CURIAM.
Writ of error dismissed on motion of counsel for the respective parties.

TOWN OF BOCA RATON, a Municipal Corporation, Plaintiff in Error, v. M. A. SMITH, as Liquidator of Farmers Bank & Trust Company, a Florida Corporation, Defendant in Error.

Supreme Court of Florida.
Jan. Term, 1936.

Metcalf & Finch, of West Palm Beach, for plaintiff in error.

Wideman, Wardlaw & Caldwell, ot West Palm Beach, for defendant in error.

PER CURIAM.
Writ of error dismissed on motion of counsel for the respective parties.

Emma TURNER, Plaintiff in Error, v. STATE of Florida, Defendant in Error.

Supreme Court of Florida.
Jan. Term, 1936.

Thomas E. Walker, of Marianna, for the motion.

PER CURIAM.
Writ of error dismissed on motion of counsel for plaintiff in error.

244 NORTH BAY SHORE DRIVE, Inc., a New York Corporation, Plaintiff in Error, v. Caroline D. HERIN, a Widow, Defendant in Error.

Supreme Court of Florida.
Jan. Term, 1936.

Shutts & Bowen, of Miami, for plaintiff in error.

H. Pierre Branning, of Miami, for defendant in error.

PER CURIAM.
Writ of error dismissed on motion of counsel for the respective parties.

Ella Walter VIVIAN and Her Husband, Harold B. Vivian, Appellants, v. M. B. PROPERTIES, Inc., a Florida Corporation, et al., Appellees.

Supreme Court of Florida.
Jan. Term, 1936.

Boone & Boone, of Miami, for appellants.

Henry D. Williams, of Miami, for appellees.

PER CURIAM.
Appeal dismissed on motion of counsel for the respective parties.

Rosa WARNER, Plaintiff in Error, v. STATE of Florida, Defendant in Error.

Supreme Court of Florida.
Jan. Term, 1936.

Mabry A. Carlton, of Jacksonville, for plaintiff in error.

Cary D. Landis, Atty. Gen., and Roy Campbell, Asst. Atty. Gen., for the State.

PER CURIAM.
Writ of error dismissed on motion of the Attorney General.